

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00390-CV

**IN RE ONESIMO M. MEDINA,**

Original Proceeding[1]

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez

On August 4, 2020, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than August 20, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

The trial court's "Order on Motion to Enforce Health Insurance Payments and Property Division" signed on July 14, 2020, is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** August 5, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1]This proceeding arises out of Cause No. 2008-CI-05475, styled *In the Matter of the Marriage of Marcela M. Medina and Onesimo M. Medina*, pending in the 288th Judicial District Court, Bexar County, Texas. The challenged order was signed by the Honorable Martha Tanner.